UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
SCOTT J. BRODIE,                          )
                                          )
            Plaintiff,                    )
                                          )
      v.                                  )      Civil Action No. 10-0544 (PLF)
                                          )
UNITED STATES DEPARTMENT OF HEALTH )
AND HUMAN SERVICES, *et al.*,             )
                                          )
            Defendants.                   )
_____ )

ORDER

For the reasons given in the Opinion issued this same day, it is hereby

ORDERED that [2] plaintiff's motion for a preliminary injunction is DENIED;
and it is

FURTHER ORDERED that the parties shall file a joint report proposing an
expedited schedule for the filing of the administrative record and the briefing of dispositive
motions on or before June 11, 2010.

SO ORDERED.


                                          /s/_____
                                          PAUL L. FRIEDMAN
                                          United States District Court

DATE:   June 4, 2010